IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GEORGIA BACAKOS ) | |
| ) | Civil Action No. 11-cv-04031 |
| Plaintiff, ) | |
| ) | Judge Elaine E. Bucklo |
| v. ) | |
| ) | Magistrate Judge Young B. Kim |
| DOUGLAS SHULMAN ) | |
| COMMISSIONER OF THE IRS, ) | |
| ) | |
| Defendant. ) | |

### Joint Motion for Entry of Agreed Final Judgment

Plaintiff Georgia Bacakos and defendant United States of America hereby jointly request that this Court enter the Agreed Final Judgment attached hereto as Exhibit A. The parties have resolved all claims and defenses of this case and the United States has issued to Mrs. Bacakos an overpayment refund in the amount of $15,505.69 (inclusive of statutory interest) in full performance of the settlement agreement between the parties.

WHEREFORE, plaintiff Georgia Bacakos and defendant United States of America respectfully request that this Court enter the Agreed Final Judgment attached hereto as Exhibit A.

AGREED TO AND JOINTLY SUBMITTED BY:

| | |
|---|---|
| *Georgia Bacakos* | /s/ Nathan L. Strup |
| GEORGIA BACAKOS | NATHAN L. STRUP |
| 182 Robin Court | Trial Attorney, Tax Division |
| Bloomingdale, Illinois 60108 | United States Department of Justice |
| | P.O. Box 55, Ben Franklin Station |
| | Washington, D.C. 20044 |
| | (202) 514-6058/Fax: (202) 514-5238 |
| | Nathan.L.Strup@usdoj.gov |

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing JOINT MOTION FOR ENTRY OF AGREED FINAL JUDGMENT has been made upon the following by depositing a copy in the United States mail, postage prepaid, this 5th day of March, 2012.

>Georgia Bakacos
>182 Robin Court
>Bloomingdale, Illinois 60108

>/s/ Nathan L. Strup
>NATHAN L. STRUP
>Trial Attorney, Tax Division
>United States Department of Justice